IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NUMBER 3:04cr59LSu

WILSON N. ELLIS  DEFENDANT

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, WILSON N. ELLIS, without prejudice.

DUNN LAMPTON
United States Attorney

By: _____
H. COLBY LANE
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 21st day of December, 2005

_____
UNITED STATES DISTRICT JUDGE